1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT J. WHITE,

12              Petitioner,                     2:06-cv-2091-GEB-DAD-P

13         vs.

14   JEANNE WOODFORD,
     Director of Corrections, et al.,

15
                Respondent.                 ORDER

16   _____/

17              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20              On November 26, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on petitioner and which contained notice to petitioner that any

22   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

23   has not filed objections to the findings and recommendations.

24              The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

                                          1

1          1.  The findings and recommendations filed November 26, 2008, are adopted in

2 full; and

3          2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

4 Civ. P. 41(b).

5 Dated:  January 15, 2009

6

7 _____

8 GARLAND E. BURRELL, JR.
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26